AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JUAN GIRALDO and CLARA VASQUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1756-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __11/1/03 to on or about 6/7/04__ in __Bristol__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally conspire to distribute, and to possess with intent to distribute, 500 or more grams of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__.

I further state that I am a(n) __DEA special agent__ and that this complaint is based on the following
Official Title

facts:

See Affidavit of DEA Special Agent James J. McCormack

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-08-2004                                    at   Boston, Massachusetts
Date                                                City and State

CHARLES B. SWARTWOOD, III
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.