```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                             )
           v.                )    Mag. Judge No. 04-01756-CBS
                             )
**JUAN GIRALDO** and         )
**CLARA VASQUEZ**,           )
                             )
        Defendants           )

## MOTION TO DISMISS COMPLAINT

The United States, by and through its attorneys, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby moves to dismiss the Complaint in this matter. As grounds therefore, the government states that an identical complaint has been filed in the United States District Court for the District of Rhode Island so that the case may be prosecuted and defended there.

WHEREFORE, the United States hereby moves to dismiss the Complaint.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:   /s/ William Weinreb
                              WILLIAM D. WEINREB
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA 02119
                              (617) 748-3222